UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

VS.                                    NO. 4:14CR00018-01-JLH

CHRISTOPHER EAKIN                                                                                  DEFENDANT

### ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

An Order Setting Conditions of Release (docket entry #7) was filed on February 18, 2014. The conditions of Defendant's release were orally stated on the record at the hearing on that date, including the condition to surrender his passport to his probation officer. The written Order setting conditions is modified to include that Mr. Eakin must not obtain a new passport or other international travel document while on pretrial release. All other conditions of release remain in full force and effect.

IT IS SO ORDERED this 28th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE